UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LETICIA ALVAREZ, et al., | ) | Case No.: C 09-4989 PVT |
| Plaintiffs, | ) ) | **ORDER REFERRING CASE TO COURT SPONSORED MEDIATION;** |
| v. | ) ) | **AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| MIYA JEONG MEE GLASAUER, | ) ) | |
| Defendant. | ) ) | |

On March 1, 2010, the parties filed a Joint Case Management Conference Statement. Based on the representations in the Joint Case Management Conference Statement,

IT IS HEREBY ORDERED that this case is referred to court-sponsored mediation. The parties shall promptly contact the court's ADR department to make the appropriate arrangements for mediation to occur within 90 days of this order.

IT IS FURTHER ORDERED that the Case Management Conference is CONTINUED to 2:00 p.m. on June 29, 2010.

Dated: *3/1/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge